**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   Crim. No. RDB-14-0101 |
| | * |
| **RAMON INGRAM** | * |
| | * |

****o0o****

**MOTION FOR ARREST WARRANT**

Now comes the United States of America by its attorneys, Rod J. Rosenstein, United States Attorney, and Ayn B. Ducao, Assistant United States Attorney, and on the following facts moves this Court to issue a warrant for the arrest of the above-captioned defendant.

1. On February 27, 2014, the Defendant was charged in a five-count indictment. The Defendant was charged in counts one, two and four with Bank Fraud Conspiracy, pursuant to 18 U.S.C. § 1349; Bank Fraud, pursuant to 18 U.S.C. § 1344; and Aggravated Identity Theft, pursuant to 18 U.S.C. § 1028A(a)(1), respectively.

2. On August 1, 2014, the Defendant was released on conditions of release by the Honorable Stephanie A. Gallagher. Two of those conditions of release was that travel was restricted to Maryland and that the Defendant reside at a residence approved by Pretrial Services.

3. On August 27, 2014, the Defendant's release conditions were modified by Judge Gallagher authorizing the defendant to reside at his mother's residence in Meridian, Mississippi on location monitoring and that travel be restricted to Maryland and Mississippi.

4. On October 27, 2014, the Defendant pled guilty to Bank Fraud Conspiracy, pursuant to 18 U.S.C. § 1349, and Aggravated Identity Theft, pursuant to 18 U.S.C. § 1028A(a)(1) .

      5.      On January 30, 2015, the Defendant was sentenced by this Court to twenty-four months incarceration on count one and twenty four months incarceration on count four, to be served consecutively, for a total term of incarceration of forty eight months. The Defendant was continued on the same conditions of release pending his report date to begin his sentence.

      5.      Undersigned counsel received a Notice of Apparent Violation/Warrant Request from Senior U.S. Probation Officer Todd Stokes which advised of the following:

      a.      Officer Stokes was advised via email on February 3, 2015 that Probation Officer Specialist Peter Lang of the Probation Office for the Southern District of Mississippi that the Defendant was still in Maryland. Officer Lang indicated that he spoke to the Defendant who stated that he was having transportation issues. Officer Lang advised that the Defendant was told by Officer Lang to return to the Defendant's residence in Mississippi by 12 pm on February 2, 2015.

      b.      Officer Stokes attempted to telephone the Defendant's mother three times and no one answered the phone. The Defendant had not contacted Officer Stokes and Officer Stokes did not know where the Defendant was currently located.

Wherefore, it is respectfully requested that on the foregoing, this Court issue a warrant for the arrest of the Defendant.

>
> Respectfully submitted,
>
> Rod J. Rosenstein
> United States Attorney
>
> By:_____/s/_____
> Ayn B. Ducao
> Assistant United States Attorney
> 36 S. Charles Street
> Baltimore, Maryland 21201
> 410/209-4848

Served via ECF Filing